U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 02 2017
ATLANTA, GA

RE: 17-14154-B
5:98-CR-28

Dear Clerk of Courts, (District)

As per the Local Rules of the
11th Circuit concerning the Above Appeal
I Victor Garcia Villarreal #88984-179
do submit A copy to you and the
Court Reporter(s) my Request for
C.J.A. transcripts (if Any) and A
plea for "Appointment of Counsel"
whom speaks spanish. Thank-you very
much for your Continued Assistance.

Sincerely,

9-28-17

Victor Garcia Villarrea
#88984-179
Box 1000
Petersburg, VA
23804

Certificate of Service

I do certify A true and correct copy o
this and a copy of the 11th Circuit Trans
form were mail this 28th day of Sept. 2017
to the 11th Circuit Clerk, A.U.S.A Simpson and
the District Court Reporter Via U.S Mail to
the correct Addresses.

9-28-17                                x

# ELEVENTH CIRCUIT TRANSCRIPT INFORMATION FORM

U.S. COURT OF APPEALS
RECEIVED
CLERK
OCT 0 2 2017
ATLANTA

## PART I.    TRANSCRIPT ORDER INFORMATION

*Appellant to complete and file with the District Court Clerk and the Court of Appeals Clerk within 14 days of the filing of the notice of appeal in all cases, including those in which there was no hearing or for which no transcript is ordered.*

Short Case Style: Villarreal vs United States of America

District Court No.: 5:98-CR-28    Date Notice of Appeal Filed: 9-18-17    Court of Appeals No.: 17-14154-B
(If Available)

**CHOOSE ONE:** ☐ No hearing   ☐ No transcript is required for appeal purposes   ☒ All necessary transcript(s) on file
☐ I AM ORDERING A TRANSCRIPT OF THE FOLLOWING PROCEEDINGS:

*Check appropriate box(es) and provide all information requested*:

| | HEARING DATE(S) | JUDGE/MAGISTRATE | COURT REPORTER NAME(S) |
|---|---|---|---|
| ☒ Pre-Trial Proceedings | N/Available | Not/Available | Unknown |
| ☒ Trial | N/A | " | " |
| ☒ Sentence | N/A | " | " |
| ☒ Plea | N/A | " | " |
| ☒ Other | All Motions hearings " | " | " |

## METHOD OF PAYMENT:

☐ I CERTIFY THAT I HAVE CONTACTED THE COURT REPORTER(S) AND HAVE MADE SATISFACTORY ARRANGEMENTS WITH THE COURT REPORTER(S) FOR PAYING THE COST OF THE TRANSCRIPT.

☒ CRIMINAL JUSTICE ACT. Attached for submission to District Judge/Magistrate is my completed CJA Form 24 requesting authorization for government payment of transcript. [A transcript of the following proceedings will be provided ONLY IF SPECIFICALLY AUTHORIZED in Item 13 on CJA Form 24: Voir Dire; Opening and Closing Statements of Prosecution and Defense; Prosecution Rebuttal; Jury Instructions.]

Ordering Counsel/Party:

Name of Firm: Victor Garcia Villarreal  #88984-179

Address: Box 1000 Petersburg, VA 23804

E-mail: _____ Phone No.: _____

*I certify that I have completed and filed PART I with the District Court Clerk and the Court of Appeals Clerk, sent a copy to the appropriate Court Reporter(s) if ordering a transcript, and served all parties.*

DATE: 9-28-17   SIGNED: X [signature]   Attorney for: Pro-Se

## PART II.    COURT REPORTER ACKNOWLEDGMENT

*Court Reporter to complete and file with the District Court Clerk within 14 days of receipt. The Court Reporter shall send a copy to the Court of Appeals Clerk and to all parties.*

Date Transcript Order received: _____

☐ Satisfactory arrangements for paying the cost of the transcript were completed on: _____

☐ Satisfactory arrangements for paying the cost of the transcript have not been made.

No. of hearing days: _____   Estimated no. of transcript pages: _____   Estimated filing date: _____

DATE: _____   SIGNED: _____   Phone No.: _____

NOTE: The transcript is due to be filed within 30 days of the date satisfactory arrangements for paying the cost of the transcript were completed unless the Court Reporter obtains an extension of time to file the transcript.

## PART III.    NOTIFICATION THAT TRANSCRIPT HAS BEEN FILED IN DISTRICT COURT

*Court Reporter to complete and file with the District Court Clerk on date of filing transcript in District Court. The Court Reporter shall send a copy to the Court of Appeals Clerk on the same date.*

This is to certify that the transcript has been completed and filed with the district court on (date): _____

Actual No. of Volumes and Hearing Dates: _____

Date: _____   Signature of Court Reporter: _____

Rev. 5/14

1-2-3